TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00730-CV

Mark R. Lee, Appellant

v.

American Blast Fax, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

 NO. 248,738, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Mark R. Lee filed a motion to dismiss his appeal, and American Blast Fax, Inc.
filed a motion to dismiss its appeal conditioned on the dismissal of Lee's appeal. Dismissal will
render moot appellee's motion to extend time to file a notice of appeal. We dismiss the motion
to extend, grant the motions to dismiss, and dismiss the entire appeal. 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on the Parties' Motions

Filed: January 11, 2001

Do Not Publish